Appendix B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# _____ DIVISION

Eugenia Woodard §
§
versus §
§ CIVIL ACTION NO. _____
Texas Southern University §
Houston, Texas §
(General Counsel) 77004 §
§

## ORIGINAL COMPLAINT

I am filing this complaint against Texas Southern University. This institution is under the jurisdiction of The Department of Education. The Office of Civil Rights have now exhausted all avenues of review and will not be able to assist me further in this matter. I have been asked by the University to repeat courses that are not needed, I have not received my degree. I have been intimidated and retaliated against. I have contacted and exhausted all departments concerning this matter. I have also been denied the right as a student to see the President of the University. I have suffered emotional distress, financial hardship, intimidation and harassment. I am seeking 10,000,000.00 in punitive damages.