# CASE #4:13-mc-00199

United States Courts
Southern District of Texas
FILED

FEB 13 2013

David J. Bradley, Clerk of Court

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON TX 77004  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.66 | 0029 |
| Certified Fee | $3.10 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.31 | 02/04/2013 |

Sent To: General Counsel Texas Southern University
Street, Apt. No.; or PO Box No.: 3100 Cleburne St.
City, State, ZIP+4: Houston, Texas 77004

PS Form 3800, August 2006  See Reverse for Instructions

7011 2000 0002 4222 8919

pg.3

*Texas Southern University*

CASE # 4:13-mc-00199

```
===============================
    GARDEN OAKS STATION
        HOUSTON, Texas
           770189997
        4841490029-0097
02/04/2013 (800)275-8777 09:28:44 AM
===============================
============ Sales Receipt ============
              Sale Unit    Final
Product       Qty  Price   Price
Description
                                  $0.46
================================
HOUSTON TX 77002
Zone-1 First-Class
Letter
  0.40 oz.                ========
                            $0.46

   Issue PVI:               $0.46

HOUSTON TX 77004
Zone-1 First-Class
Letter
  1.00 oz.                  $0.20
  Expected Delivery: Tue 02/05/13
  Nonmach First-Class       $2.55
  Return Rcpt (Green        $3.10
  Card)
  @@ Certified  70112000000242228919
  Label #:              ========
                            $6.31

   Issue PVI:            =========
                            $6.77

Total:
                           $10.00
Paid by:                   -$3.23
Cash
Change Due:

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
**********************************
**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
**********************************
**********************************
```

pg.1

*Jepes Southern University*

CASE # 4:13-mc-00199

```
@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
************************************

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1000302026769
Clerk:01

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business
************************************
************************************
       HELP US SERVE YOU BETTER

              Go to:
    https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

          YOUR OPINION COUNTS
************************************
************************************
```

pg 2.

Eugenie Wood
24 Bickery St. #1
Houston, Texas
77018

U.S. District Court
Judy Young N. Miller
515 Rusk St, ste. #5300
Houston, Texas
77002

HOUSTON TX 770
12 FEB 2013 PM 10 L

7002412607

United States Courts
Southern District of Texas
FILED

FEB 13 2013

David J. Bradley, Clerk of Court